James Joseph Knochel, pro per
P.O. Box 3499
Prescott, AZ 86302
928-925-0279
knochj@gmail.com

Emily Noelle Mihaylo, pro per
% James Knochel
P.O. Box 3499
Prescott, AZ 86302
602-481-1743
EmilyMihaylo@icloud.com

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 0 3 2020

FILED
DOCKETED

UNITED STATES COURT OF APPEALS
for the Ninth Circuit

| | |
|---|---|
| James Joseph Knochel, | ) |
| Emily Noelle Mihaylo, | ) |
| | ) |
| | ) |
| | ) In re James Joseph Knochel, et al. |
| Petitioners; | ) |
| | ) On Petition for Extraordinary Writ |
| | ) |
| | ) |

Case no. 20-73382

**Joint Motion for Order of Protection**

Petitioners jointly move this honorable court to order the District Court below hold evidentiary hearings as to the allegations of facts contained in this petition, starting with whether Petitioner Emily Mihaylo actually personally signed and notarized this petition and the attached Declaration (Petition, doc 1-3, pg 48-49).

Joint Motion for Order of Protection, pg 1

If Petitioner Mihaylo's signatures are found genuine, and the allegations of facts are found to be well-supported by witnesses, videos and phone records, Petitioners ask for the Writ of Amparo protecting Mihaylo from the State of Arizona, and further consideration of the following specifics of Mihaylo's color-of-law abuse over the past 5+ years:

1. Consideration of whether Mihaylo's symptoms in September 2015 could have been adequately explained by alcohol withdrawal.
2. Consideration of treatments indicated for substance-induced psychosis.
3. An independent audit of Mihaylo's funds spent by Mihaylo's guardian over the past year.
4. Whether Mihaylo needed to be housed at the lock-down facility for most of the past year.
5. Whether Mihaylo still needs to be housed at a place other than her choosing.

Petitioners have sought out legal representation, but have not found an attorney interested in their cases. Petitioners believe counsel is required for evidentiary hearings. Petitioners request counsel on the bar of the Court of Appeals for the 9th Circuit be appointed.

Petitioner Mihaylo has more than adequate funds to pay for the appointed attorney, but she had no access to these funds. Petitioner Knochel personally paid the $500

filing fee for the present petition, and can only personally afford a few hours of attorney time from his meager savings.

Petitioner Knochel offers to deposit $500 with this court as a good-faith measure indicating that he believes this motion is warranted, and that the appointed counsel's time will not be wasted. If any of the statements contained in the various filings are found to be false, Petitioner Knochel requests he be sanctioned in the amount necessary to cover the fees due the appointed attorney.

November 24, 2020

James Joseph Knochel, pro per
P.O. Box 3499
Prescott, AZ 86302
928-925-0279
knochj@gmail.com

Emily Noelle Mihaylo, pro per
℅ James Knochel
P.O. Box 3499
Prescott, AZ 86302
602-481-1743
EmilyMihaylo@icloud.com